### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARHONDA MICHELLE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCOTT STEIN, AMANDA ELMER, )<br>DESIREE PENERA, LISA WALLS, )<br>THE MANSION AT WATERFORD )<br>ASSISTED LIVING, )<br>)<br>Defendants. ) | NO. CIV-24-0531-HE |

### ORDER

On May 24, 2024, plaintiff filed this case and filed an application to proceed *in forma pauperis*. On June 27, 2024, the court granted plaintiff leave to proceed *in forma pauperis*. Because defendants had not yet been served, the court, on January 2, 2025, directed plaintiff to serve all defendants and file proofs of service by February 15, 2025. *See* [Doc. #7]. However, in light of the earlier *in forma pauperis* determination, the court is required to serve process for plaintiff and its earlier order should have so indicated. *See* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [in forma pauperis] cases"); Fed. R. Civ. P. 4(c)(3) (appointment of United States Marshal, Deputy Marshal, or other person specially appointed by the court to effect service must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915); <u>Olsen v. Mapes</u>, 333 F.3d 1199, 1204 (10th Cir. 2003).

Accordingly, the court now **ORDERS** as follows:

(1) The Clerk of Court is directed to provide plaintiff with (1) a copy of this order, (2) a Pro Se Litigant's Request for Issuance of Summons form; (3) a Summons in a Civil Action form for each defendant; and (4) a USM-285 form for each defendant;

(2) Plaintiff is directed to complete and submit to the Clerk of Court, by **March 19, 2025**, the following: (1) the Pro Se Litigant's Request for Issuance of Summons; (2) one copy of the Summons in a Civil Action for each defendant;[1] and (3) the USM-285 form for each defendant. Failure to comply with the court's order may result in a dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(b);

(3) The Clerk of Court is directed to forward the documents upon receipt to the United States Marshals Service for service; and

(4) The U.S. Marshal is directed to effect service of process promptly in accordance with its standard protocols.

**IT IS SO ORDERED**.

Dated this 3rd day of March, 2025.

JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] *Plaintiff must provide a street address for each defendant. The United States Marshals Service cannot serve process on a P.O. Box.*